IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02009-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR BANK OF CHOICE,

Plaintiff,

v.

MORRISON & FOERSTER LLP, a California limited liability partnership,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Motion for Leave to Appear Telephonically at the Scheduling/Planning Conference (Docket no. 27) is GRANTED. Because Plaintiff has already been granted permission to appear telephonically, counsel for Plaintiff is directed to arrange a conference line and have all persons appearing telephonically (including defense counsel) on the line prior to contacting chambers.  This order applies only to out-of-state counsel for Defendant; should Randall Fons or other local counsel attend the scheduling conference, they should plan to do so in person.

     It is further ORDERED that Douglas Hendricks shall file an entry of appearance through the CM/ECF system no later than Friday, November 21, 2014.

Date: November 18, 2014