IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-02009-PAB-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Bank of Choice,

    Plaintiff,

v.

MORRISON & FOERSTER LLP, a California limited liability partnership,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the Joint Motion for Dismissal With Prejudice [Docket No. 38]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Joint Motion for Dismissal With Prejudice [Docket No. 38] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 12, 2015.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge